# UNITED STATES BANKRUPTCY COURT
## Middle District of Georgia

In re   EDWIN AVELINO VASALLO
        _Debtor_

Case No. 12-30082

Chapter 13

# Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1

**Name of Creditor:** Homeward Residential, Inc.

**Court Claim No. (if known):**

**Last four digits** of any number you use to identify the debtor's account: XXXXXX9716

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursement or any amounts previously itemized in a notice filed in the case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6. | Appraisal/broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | 2/14/2012 | (9) | $1,186.80 |
| 10. | Property Preservation expenses. Specify:_____ | | (10) | $0.00 |
| 12. | Other. Specify: _____ | | (12) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent. (Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X   /s/DELAYCEE ROWLAND
    Signature

Date: October 22, 2012

Title: Attorney for and on behalf of Homeward Residential, Inc. (as servicer for creditor)

Print:   Delaycee Rowland, Bar #773359
         First Name   Middle Name   Last Name

Company  Shapiro & Swertfeger, LLP

Address  2872 Woodcock Blvd., Suite 100
         Number       Street

         Atlanta, GA 30341-3941
         City         State   ZIP Code

Contact phone   (770) 220-2535

Email   drowland@logs.com

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| EDWIN AVELINO VASALLO | * | CASE NO. 12-30082-JPS |
| | * | |
| | * | JUDGE James P. Smith, U.S. |
| | * | Bankruptcy Court-Macon |

## CERTIFICATE OF SERVICE

This is to certify that on the __22nd__ day of __October__, 2012, I served a copy of the within Notice of Postpetition Mortgage Fees, Expenses, and Charges filed in this bankruptcy proceeding, on the Respondent by first-class mail addressed as follows:

EDWIN AVELINO VASALLO
190 OLD MONROE ROAD
Bogart, GA 30622

Darrell L. Burrow
Darrell L. Burrow, P.C.
2470 SATELLITE BLVD. SUITE 100
Duluth, GA 30096

CAMILLE HOPE
P.O. BOX 954
Macon, GA 31202

Shapiro & Swertfeger, LLP

/s/ Delaycee Rowland
Delaycee Rowland
Georgia Bar No. 773359
drowland@logs.com

2872 Woodcock Blvd.
Suite 100
Atlanta, GA 30341-3941
(770) 220-2535